IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL AARON JACOBY**                                                    **PLAINTIFF**

      v.            Civil No. 09-5267

**NURSE RHONDA, et al.**                                                   **DEFENDANTS**

## O R D E R

Now on this 26th day of January, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #11), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE